IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAMELA JOYCE CRABTREE**                                                                 **PLAINTIFF**

VS.                          No. 3:22-cv-00036 LPR/PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
　**Social Security Administration**                                        **DEFENDANT**

### ORDER

The plaintiff's unopposed motion for additional time (docket entry no. 9) in which to file her brief is granted, and she is directed to submit her brief on or before August 29, 2022.

IT IS SO ORDERED this 1st day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE