IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAMELA JOYCE CRABTREE**                                                                 PLAINTIFF

VS.                            CASE NO. 3:22-CV-00036  PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE